**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JAMES LEGROS, SR.; and ) | | |
| JACQUELINE MILIOTO, as next friend to ) | | |
| D.M., a minor as next of kin of ) | | |
| JAMES LEGROS, JR., deceased, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Case No. 18-CV-261-RAW | |
| ) | | |
| BOARD OF COUNTY COMMISSIONERS ) | | |
| FOR CHOCTAW COUNTY, et al., ) | | |
| ) | | |
| Defendants. ) | | |

**NOTICE OF SUBPOENA DUCES TECUM**

TO:   All Parties of Record

In accordance with Rule 45 of the Federal Rules of Civil Procedure, please take notice that Defendants Schonna Smith and Debora Clay will serve a Subpoena Duces Tecum on Carson Barnes Circus requesting records pertaining to this matter, a copy of which is attached hereto as Exhibit 1. No testimony will be taken and the entity to whom the subpoena is directed is being ordered only to produce documents or things for inspection and/or copying to the offices of **PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, L.L.P.**, 1109 North Francis Avenue, Oklahoma City, Oklahoma 73106.

Dated this 6th day of March, 2019.

Respectfully submitted,

 s/ Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Randall J. Wood, OBA No. 10531
Jessica L. Dark, OBA No. 31236
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone:  (405) 235-1611
Facsimile:   (405) 235-2904
rlafferrandre@piercecouch.com
rwood@piercecouch.com
jdark@piercecouch.com

*Attorneys for Defendants*
*Schonna Smith and Debora Clay*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of March, 2019, I electronically transmitted the above and foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Chris Hammons<br>Jason M. Hicks<br>LAIRD, HAMMONS, LAIRD, PLLC<br>1332 SW 89th Street<br>Oklahoma City, Oklahoma 73159<br>chris@lhllaw.com<br>jason@lhllaw.com<br>*Attorneys for Plaintiffs* | Stephen L. Geries<br>Taylor M. Tyler<br>COLLINS ZORN & WAGNER, P.C.<br>429 N.E. 5th Street, 2nd Floor<br>Oklahoma City, Oklahoma 73105<br>slg@czwlaw.com<br>tmt@czwlaw.com<br>*Attorney for Defendants*<br>*Terry Park, Jeffrey Epley*<br>*and Stewart Stanfield* |
| James L. Gibbs, II<br>GOOLSBY, PROCTOR, HEEFNER & GIBBS, PC<br>701 North Broadway Avenue, Suite 400<br>Oklahoma City, Oklahoma 73102<br>jgibbs@gphglaw.com<br>*Attorney for Defendant, Edna Casey* | |

                                               s/ Jessica L. Dark
                                               Jessica L. Dark