## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) JAMES LEGROS, SR. and <br> 2) JACQUELINE MILIOTO, as next friend to D.M., a minor, as next of kin of JAMES LEGROS, JR., deceased. <br><br> Plaintiffs, <br><br> v. <br><br> 1) BOARD OF COUNTY COMMISSIONERS FOR CHOCTAW COUNTY; <br> 2) TERRY PARK, in his Individual and Official Capacities; <br> 3) EDNA CASEY, in her Individual and Official Capacities; <br> 4) SCHONNA SMITH, in her Individual Capacity; <br> 5) JEFFERY EPLEY, in his Individual Capacity; <br> 6) STEWART STANFIELD, in his Individual Capacity; <br> 7) ZACH DILLISHAW, in his Individual Capacity; and <br> 8) DEBORA CLAY, in her Individual Capacity, <br><br> Defendants. | Case No. 18-CV-261-RAW |

### ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Edna Casey, in her individual and official capacities. I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Respectfully submitted,

*/s/Elise M. Horne*
Elise M. Horne, OBA #33006
GOOLSBY, PROCTOR, HEEFNER & GIBBS, PC
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK  73102-6006
(405) 524-2400; (405) 525-6004 (F)
ehorne@gphglaw.com
***Attorney for Defendant, Edna Casey***

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Chris Hammons
Jason M. Hicks
Laird, Hammons, Laird, PLLC
1332 SW 89th Street
Oklahoma City, OK 73159
(405) 703-4567; (405) 703-4061 (F)
chris@lhllaw.com
jason@lhllaw.com
*Attorneys for Plaintiffs*

Stephen L. Geries
Taylor M. Tyler
COLLINS ZORN & WAGNER, PC
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105
(405) 524-2070; (405) 524-2078 (F)
slg@czwlaw.com
tmt@czwlaw.com
*Attorneys for Defendant, Board of County Commissioners for Choctaw County*

Robert S. Lafferrandre
Randall J. Wood
Jessica L. Dark
PIERCE COUCH HENDRICKSON BAYSINGER &GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, OK 73106
(405) 235-1611; (405) 235-2904 (F)
jdark@piercecouch.com
rwood@piercecouch.com
rlafferrandre@piercecouch.com
*Attorneys for Defendants Smith and Clay*

                                */s/Elise M. Horne*