IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **(1) JAMES LEGROS, SR.** and <br> **(2) JACQUELINE MILIOTO,** as next friend to D.M., a minor, as next of kin to JAMES LEGROS, JR, deceased, <br> Plaintiffs, <br><br> vs. <br><br> **(1) BOARD OF COUNTY COMMISSIONERS FOR CHOCTAW COUNTY; et al.,** <br> Defendants. | **Case No. 18-CV-261-RAW** |

## PLAINTIFFS' EXPERT WITNESS REBUTTAL REPORT OF DR. THOMAS FOWLKES

Plaintiffs submit the following Expert Witness Rebuttal Report, hereto attached as Exhibit 1, pursuant to the Court's Amended Scheduling Order entered on July 17, 2019 [document 89].

Respectfully submitted,

LAIRD, HAMMONS, LAIRD, PLLC


*s/Chris Hammons*
Chris Hammons, OBA# 20233
Jason M. Hicks, OBA# 22176
1332 S.W. 89th Street
Oklahoma City, OK 73159
Telephone:   (405) 703-4567
Facsimile:   (405) 703-4061
E-mail:   jason@lhllaw.com
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF MAILING

This is to certify that a true and correct copy of the foregoing instrument was: ( X ) mailed via U.S. Mail; ( ) certified, with return receipt requested; ( ) hand delivered; ( ) transmitted via facsimile; and/or ( X ) e-mail this 19th day of August, 2019, to the following:

Stephen L. Geries
COLLINS ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone: 405.524.2070
Facsimile: 405.524.2078
Email: slg@czwlaw.com
*Attorney for Defendant*
*Board of County Commissioners*
*for Choctaw County, and*
*Defendants Zach Dillishaw, Stewart Stanfield,*
*Jeffrey Epley and Terry Park in their individual capacity*

Robert S. Lafferrandre
Randall J. Wood
Jessica L. Dark
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, LLP
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile:  (405) 235-2904
Email: jdark@piercecouch.com
*Attorneys for Defendants Smith and Clay*

James L. Gibbs, II
Goolsby, Proctor, Heefner & Gibbs, PC
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK 73102-6006
Telephone: (405) 524-2400
Facsimile:  (405) 525-6004
Email: jgibbs@gphglaw.com
*Attorney for Defendant, Edna Casey*

                                        *s/Chris Hammons*
                                        CHRIS HAMMONS