# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES LEGROS, SR. and JACQUELINE MILIOTO, as next friend to D.M., a minor, as next of kin of JAMES LEGROS, JR., deceased,<br><br>     Plaintiffs,<br><br>vs.<br><br>BOARD OF COUNTY COMMISSIONERS FOR CHOCTAW COUNTY; *et al.*,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 18-CV-261-RAW<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Before the court is the Defendant Edna Casey's Motion to File Exhibits Under Seal (Docket No. 109). Having reviewed the motion and for good cause shown, the Motion is GRANTED. Defendant Edna Casey shall file confidential exhibits under seal.

IT IS SO ORDERED this 6th day of September, 2019.

_Ronald A. White_
_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE