# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES LEGROS, SR.; and ) <br> JACQUELINE MILIOTO, as next friend to ) <br> D.M., a minor, as next of kin of ) <br> JAMES LEGROS, JR., deceased, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> BOARD OF COUNTY COMMISSIONERS ) <br> FOR CHOCTAW COUNTY, et al., ) <br> ) <br> Defendants. ) | Case No. 18-CV-261-RAW |

## DEFENDANTS' JOINT MOTION TO WITHDRAW OBJECTION TO
## PLAINTIFFS' MOTION FOR LEAVE TO AMEND

COME NOW Defendants Board of County Commissioners for Choctaw County; Terry Park, in his individual and official capacities; Edna Casey, in her individual and official capacities; Schonna Smith, in her individual capacity; Jeffrey Epley, in his individual capacity; Stewart Stanfield, in his individual capacity; Zach Dillishaw, in his individual capacity; and Debora Clay, in her individual capacity, jointly, and hereby request this Court enter an order allowing them to withdraw their objection to Plaintiffs' Motion for Leave to File Second Amended Complaint to Substitute James Legros, Sr. as Personal Representative of the Estate of James Legros, Jr., as a Plaintiff. (Doc. 104). In support hereof, Defendants show the Court as follows:

On August 29, 2019, Plaintiffs filed their Motion for Leave to File Second Amended Complaint to Substitute James Legros, Sr. as Personal Representative of the Estate of James Legros, Jr., as a Plaintiff (Doc. 104), to which all Defendants objected. Since that time, the parties have engaged in meaningful settlement negotiations and an agreement has been reached.

Defendants respectfully wish to withdraw their objection to Plaintiffs' Motion for Leave to File Second Amended Complaint and to allow Plaintiffs to substitute James Legros Sr., as Personal Representative of the Estate of James Legros, Jr., as the sole Plaintiff in order to facilitate the settlement agreement among the parties.

Plaintiffs do not object to Defendants' withdrawal of their objection. As discussed herein, the parties have reached a settlement agreement; thus, this withdrawal will not impact any deadlines or the scheduled trial. A proposed Order granting same is submitted contemporaneously herewith.

WHEREFORE, premises considered, Defendants respectfully request this Court enter an Order allowing the Defendants to withdraw their objection to Plaintiffs' Motion for Leave to File Second Amended Complaint and allow Plaintiffs to substitute James Legros, Sr. as Personal Representative of the Estate of James Legros, Jr., as the Plaintiff in this matter.

Respectfully submitted,

s/ Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Randall J. Wood, OBA No. 10531
Jessica L. Dark, OBA No. 31236
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile:  (405) 235-2904
rlafferrandre@piercecouch.com
rwood@piercecouch.com
jdark@piercecouch.com

*Attorneys for Defendants*
*Schonna Smith and Debora Clay*

 s/ Stephen L. Geries
(signed with permission by filing attorney)
Stephen L. Geries, OBA No. 19101
Taylor M. Riley, OBA No. 33291
COLLINS ZORN & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, Oklahoma 73105
(405) 524-2070/ Fax: (405) 524-2078

*Attorneys for Defendants BOCC for Choctaw County, Park, Dillishaw, Epley, and Stanfield*

 s/ James L. Gibbs, II
(signed with permission by filing attorney)
James L. Gibbs, II, OBA No. 15689
Elise M. Horne, OBA No. 33006
GOOLSBY, PROCTOR, HEEFNER & GIBBS, PC
701 North Broadway Avenue, Suite 400
Oklahoma City, Oklahoma 73102-6006
(405) 524-2400; (405) 525-6004 (F)

*Attorneys for Defendant Edna Casey*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th of September, 2019, I electronically transmitted the above and foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Chris Hammons
Jason M. Hicks
*Attorneys for Plaintiffs*

James L. Gibbs, II
Elise M. Horne
*Attorneys for Defendant, Edna Casey*

Stephen L. Geries
Taylor M. Tyler
*Attorneys for Defendants BOCC, Zachary Dillishaw, Terry Park, Jeffrey Epley and Stewart Stanfield*

 s/ Jessica L. Dark
Jessica L. Dark

3