## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

1) JAMES LEGROS, SR. and )
2) JACQUELINE MILIOTO, as next )
   friend to D.M., a minor, as next of kin )
   of JAMES LEGROS, JR., deceased. )
                                              )
      Plaintiffs, )
                                              ) Case No. 18-CV-261-RAW
v. )
                                              )
1) BOARD OF COUNTY )
   COMMISSIONERS FOR )
   CHOCTAW COUNTY; )
2) TERRY PARK, in his Individual and )
   Official Capacities; )
3) EDNA CASEY, in her Individual and )
   Official Capacities; )
4) SCHONNA SMITH, in her Individual )
   Capacity; )
5) JEFFERY EPLEY, in his Individual )
   Capacity; )
6) STEWART STANFIELD, in his )
   Individual Capacity; )
7) ZACH DILLISHAW, in his )
   Individual Capacity; and )
8) DEBORA CLAY, in her Individual )
   Capacity, )
                                              )
      Defendants. )

**NOTICE AND JOINT MOTION TO STAY DEADLINES PENDING SETTLEMENT**

      COME NOW the Plaintiffs and Defendants and give notice to the Court of the settlement of this matter and jointly move to stay all deadlines sixty (60) days pending final approval of settlement. In support of this request, the parties state as follows:

      1.      On September 6, 2019, the parties reached a settlement of this matter, pending the appointment of a personal representative over the estate of James Legros, Jr.

2. Plaintiffs are in the process of completing the appointment a personal representative.

3. There are pending deadlines before the Court as well as various motions filed by the parties.

4. The parties do not wish to burden the Court with additional filings or for rulings on pleadings, in light of the pending settlement.

5. The parties anticipate completing the necessary documentation to conclude settlement within sixty (60) days.

6. A proposed Order is submitted herewith.

WHEREFORE, premises considered, the Parties respectfully request that the Court enter an Order staying all deadlines 60 days.

Respectfully submitted,

*/s/James L. Gibbs, II*
James L. Gibbs, II, OBA #15689
Seth D. Coldiron, OBA #20041
GOOLSBY, PROCTOR, HEEFNER & GIBBS, PC
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK  73102-6006
(405) 524-2400; (405) 525-6004 (F)
jgibbs@gphglaw.com
scoldiron@gphglaw.com
***Attorney for Defendant, Edna Casey***

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>September 16, 2019,</u> I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Chris Hammons
Jason M. Hicks
Laird, Hammons, Laird, PLLC
1332 SW 89th Street
Oklahoma City, OK 73159
(405) 703-4567; (405) 703-4061 (F)
chris@lhllaw.com
jason@lhllaw.com
*Attorneys for Plaintiffs*

Stephen L. Geries
Taylor M. Tyler
COLLINS ZORN & WAGNER, PC
429 N.E. 50th Street, 2nd Floor
Oklahoma City, OK 73105
(405) 524-2070; (405) 524-2078 (F)
slg@czwlaw.com
tmt@czwlaw.com
*Attorneys for Defendant, Board of County Commissioners for Choctaw County*

Robert S. Lafferrandre
Randall J. Wood
Jessica L. Dark
PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, OK 73106
(405) 235-1611; (405) 235-2904 (F)
jdark@piercecouch.com
rwood@piercecouch.com
rlafferrandre@piercecouch.com
*Attorneys for Defendants Smith and Clay*

*/s/James L. Gibbs, II*