IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES LEGROS, SR., as Personal Representative of the Estate of JAMES LEGROS, JR.;<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF COUNTY COMMISSIONERS FOR CHOCTAW COUNTY; *et al*.,<br><br>Defendants. | Case No. 18-CV-261-RAW |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all respective parties in the above-entitled action, by and through their counsel of record, hereby stipulate that the claims in the above-styled and numbered action shall be dismissed with prejudice. Each party shall bear their own costs and attorney's fees.

RESPECTFULLY SUBMITTED this 5th day of November, 2019.

s/Chris Hammons
*(signed by filing attorney with permission)*
Chris Hammons, OBA No. 20233
Jason M. Hicks, OBA No. 22176
LAIRD, HAMMONS, LAIRD, PLLC
1332 S.W. 89th Street
Oklahoma City, OK   73159
Telephone:     (405) 703-4567
Facsimile:      (405) 703-4061
Email: chris@lhllaw.com
          jason@lhllaw.com

***ATTORNEYS FOR PLAINTIFF***

s/James L. Gibbs, II
*(signed by filing attorney with permission)*
James L. Gibbs, II, OBA No.15689
Elise M. Horne, OBA No. 33006
GOOLSBY, PROCTOR, HEEFNER &
     GIBBS, PC
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK   73102-6006
(405) 524-2400; (405) 525-6004 (F)
Email: jgibbs@gphglaw.com
          ehorne@gphglaw.com

***ATTORNEYS FOR DEFENDANT
EDNA CASEY***

| | |
|---|---|
| s/Stephen L. Geries<br>Stephen L. Geries, OBA No. 19101<br>COLLINS ZORN & WAGNER, P.C.<br>429 N.E. 50th Street, Second Floor<br>Oklahoma City, OK   73105<br>Telephone:     (405) 524-2070<br>Facsimile:     (405) 524-2078<br>Email:          slg@czwlaw.com<br><br>***ATTORNEY FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS FOR CHOCTAW COUNTY, TERRY PARK, ZACH DILLISHAW, JEFFREY EPLEY AND STEWART STANFIELD*** | s/ Jessica L. Dark<br>*(signed by filing attorney with permission)*<br>Robert S. Lafferrandre, OBA No. 11897<br>Randall J. Wood, OBA No. 10531<br>Jessica L. Dark, OBA No. 31236<br>PIERCE COUCH HENDRICKSON<br>    BAYSINGER &GREEN, L.L.P.<br>1109 North Francis Avenue<br>Oklahoma City, OK   73106<br>Telephone:     (405) 235-1611<br>Facsimile:     (405) 235-2904<br>rlafferrandre@piercecouch.com<br>rwood@piercecouch.com<br>jdark@piercecouch.com<br><br>***ATTORNEYS FOR DEFENDANTS SCHONNA SMITH AND DEBORA CLAY*** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Chris Hammons
Jason M. Hicks
Laird, Hammons, Laird, PLLC
1332 S.W. 89th Street
Oklahoma City, OK   73159
***Attorneys for Plaintiffs***

Robert S. Lafferrandre
Randall J. Wood
Jessica L. Dark
Pierce Couch Hendrickson
   Baysinger &Green, L.L.P.
1109 North Francis Avenue
Oklahoma City, OK   73106
***Attorneys for Defendants***
***Schonna Smith and Debora Clay***

James L. Gibbs
Elise M. Horne
Seth D. Coldiron
Goolsby, Proctor, Heefner & Gibbs, P.C.
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK   73102-6006

*Attorneys for Defendant Edna Casey*

                                            s/ Stephen L. Geries
                                            Stephen L. Geries